IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAMAR L. ZAMICHIELI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | **NO. 16-6325** |
| **MOONEY**, *et al.* | : | |

## ORDER

**AND NOW** this 5th day of October 2017, upon independent review of United States Magistrate Judge Marilyn Heffley's September 19, 2017 Report and Recommendation (ECF Doc. No. 21) recommending a denial of the Petitioner's untimely Petition for writ of *habeas corpus* under 28 U.S.C. § 2254 (ECF Doc. No. 1), Petitioner's Objections (ECF Doc. No. 24), and finding no good faith evidentiary basis to except this Petition from the one-year limitations period based on equitable tolling, it is **ORDERED:**

1. We **ADOPT and APPROVE** United States Magistrate Judge Heffley's September 19, 2017 Report and Recommendation (ECF Doc. No. 21);

2. Mr. Zamichieli's Petition for writ of *habeas corpus* (ECF Doc. No. 1) is **DISMISSED;**

3. There is no good faith basis for a certificate of appealability; and,

4. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.